Charles B. **WILLIAMS**, Appellant, v. Mamie **WILLIAMS**, Appellee.

No. 7752.

United States Court of Appeals for the District of Columbia.

Decided June 23, 1941.

Emory B. Smith, of Washington, D. C., for appellant.

Ernest C. Dickson, of Washington, D. C., for appellee.

Before MILLER, VINSON, and RUTLEDGE, Associate Justices.

PER CURIAM.

The decree of the District Court, 33 F. Supp. 612, is affirmed on the authority of Thomas v. Murphy,[1] Goodloe v. Hawk,[2] and Parrella v. Parrella.[3]

Affirmed.

[1] 71 App.D.C. 69, 107 F.2d 268.
[2] 72 App.D.C. 287, 113 F.2d 753.
[3] Decided June 2, 1941, App.D.C., 120 F.2d 728.